# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

ROY BARNES*
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD
———

MICHELLE BAGINSKI
DENNIS M. CARIELLO
DANIELLE CERONE
DANA L. HENKE^
STEVEN KERN^^
YONGMIN OH
ADRIENNE PAULE
JUDY S. WONG

TRINITY CENTRE
111 BROADWAY
SUITE 1403
NEW YORK, NEW YORK 10006
(212) 943-9080
FAX (212) 943-9082

*(Please refer all correspondence to the New York address)*

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-5740
FAX (914) 592-3213

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
FAX (516) 483-0566

50 Commerce Street
Newark, New Jersey 07102
(973) 642-0161
FAX (973) 802-1055

\* Also Admitted in PA
\*\* Also Admitted in NJ
^ Also Admitted in DC
^^ Also Admitted in CT

January 9, 2006

**VIA ECF**

*[handwritten: The motion is Respectfully referred to Judge Matsumoto. So ordered. 1/10/06   , JSDJ   cc: Counsel  Judge Matsumoto]*

Hon. Allyne R. Ross
U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11021

Re:  Del Turco, et al. v. Navillus Tile, et al., 05 CV 569 (ARR)

Dear Judge Ross:

This firm represents the Plaintiff benefit funds in the above-referenced matter. I write to inform the court that on January 6, 2005, Plaintiffs served a motion to disqualify the firm of Grotta Glassman & Hoffman from further representing Defendants in this matter, as that firm is concurrently representing certain individual trustees of the Plaintiff benefit funds in their capacity as trustees of the benefit funds.

As of yet, the parties have not finalized a briefing schedule. I will contact the Court by Wednesday, January 11, 2006 to alert the Court of a schedule that the parties would like approved, or, if the parties cannot devise a schedule, ask for this Court to set a schedule.

Thank you for your time and consideration of this matter.

Respectfully Submitted,

Dennis M. Cariello

cc:    Keith McMurdy (via ECF)